UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO, INC. and DISNEY ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> S & P TRADING d/b/a SUNNY TRADING, CHO SOOK JA and Does 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 07-03543 MMM (JTLx) <br><br> JUDGMENT FOR PLAINTIFFS |

On June 27, 2008, the court granted plaintiffs' motion for entry of default judgment. Therefore,

IT IS ORDERED AND ADJUDGED

1. That defendants S & P Trading d/b/a Sunny Trading and Cho Sook Ja are hereby enjoined and restrained from

(a) infringing Plaintiffs' copyrights, either directly or contributorily, in any manner, including generally, but not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of Plaintiffs' Copyrights, and specifically from importing, manufacturing, distributing, advertising, selling and/or

offering for sale the Counterfeit Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Copyrights;

      (b) importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Copyrights;

      (c) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs or are in some way affiliated with Plaintiffs;

      (d) affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

      2. That defendants must deliver for destruction all Counterfeit Products, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Copyrights and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiffs' Copyrights or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

      3. That plaintiffs recover statutory damages from defendants of $100,000;

      4. That plaintiffs recover attorneys' fees of $5,600 from defendants;

      5. That plaintiffs recover their costs of suit herein; and

      6. That this judgment shall bear post-judgment interest at the rate of 2.51% pursuant to 28 U.S.C. § 1961.

DATED: June 27, 2008

                                     /s/ Margaret M. Morrow
                                     MARGARET M. MORROW
                                     UNITED STATES DISTRICT JUDGE